!PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2023

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Fernando Francisco | Case Number: 0980 1:21CR02015-SAB-1 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: August 23, 2022 | Type of Supervision: Term of Supervised Release |
| Original Offense: Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)1) and 924(a)(2) | Date Supervision Commenced: August 23, 2022 |
| Original Sentence: Prison 146 D; TSR - 36 M | Date Supervision Expires: August 22, 2025 |

### NONCOMPLIANCE SUMMARY

On August 29, 2022, supervised release conditions were reviewed and signed by Mr. Francisco, acknowledging his understanding of his conditions.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1:** You must not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. Francisco is alleged to have violated his supervised release conditions by operating a vehicle without an ignition interlock device, a gross misdemeanor, on March 15, 2023.

On March 16, 2023, Mr. Francisco reported to this officer that Yakima Police Department (YPD) pulled him over and cited him for operating a vehicle without an ignition interlock device.

On April 13, 2023, Mr. Francisco pled guilty to operating a vehicle without an ignition interlock device in Yakima Municipal Court, cause number 3A0290167.

**U.S. Probation Officer Action**:

On March 16, 2023, Mr. Francisco reported to this officer that he had been pulled over and cited for third degree driving with a license suspended and operating a vehicle without an ignition interlock device. Mr. Francisco was very candid with this officer regarding his behavior and acknowledged his wrongdoing.  The offender was admonished for making the decision to drive without a license and without the required equipment.  Mr. Francisco and this officer discussed potential consequences following his violation behavior, to include an appearance before the Court if he continues to break the law while on supervised release.

Prob12A
**Re: Francisco, Fernando**
**May 10, 2023**
**Page 2**

Since the above-noted violation, Mr. Francisco has obtained his driver's license, installed the required ignition interlock device, purchased the required safety responsibility (SR-22) insurance coverage, and served his 2-day jail commitment for Yakima Municipal Court case. Additionally, he has committed to make payments to Yakima Municipal Court towards his $546 imposed fine.

Currently, Mr. Francisco is employed full-time as a maintenance helper for Del-Monte. He continues to reside at a local clean and sober house with two of his minor children. Mr. Francisco recently completed the recommended substance abuse treatment program and continues to provide negative urine drug screens. Therefore, based on the information noted above, this officer respectfully recommends no action be taken at this time. Should Mr. Francisco have further noncompliance issues, the Court will be notified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:   May 10, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

[ X ]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Signature of Judicial Officer

5/10/2023
Date